UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Boston Generating, LLC, et al. | 10 Civ. 7208 (___)<br><br>10 Bankr. 14419 (SCC)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Debtors-Respondents, Boston Generating, LLC; EBG Holdings LLC; Fore River Development, LLC; Mystic I, LLC; Mystic Development, LLC; BG New England Power Services, Inc.; and BG Boston Services, LLC in the above-captioned action:

   Robert J. Rosenberg
   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   Telephone: (212) 906-1200
   Facsimile:   (212) 751-4864

Dated: September 21, 2010
   New York, New York          LATHAM & WATKINS LLP


                  By:   /s/ Robert J. Rosenberg
                     Robert J. Rosenberg
                     885 Third Avenue, Suite 1000
                     New York, New York  10022
                     Telephone: (212) 906-1200
                     Facsimile: (212) 751-4864

                     Proposed Counsel to the Debtors and
                     Debtors-in-Possession